UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE LOESTRIN 24 FE ANTITRUST LITIGATION | MDL No. 13-2472-S-PAS |
| CVS Pharmacy, Inc. et al., Plaintiffs, v. WARNER CHILCOTT PUBLIC LIMITED COMPANY, et al., Defendants. | C.A. No. 16-164-S |

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On October 3, 2013, the United States Judicial Panel on Multidistrict Litigation transferred to this Court a number of actions captioned above collectively as Loestrin 24 FE Antitrust Litigation, C.A. No. 1:13-md-02472-S (the "MDL Matter"). Upon review of the complaints and other papers filed with the Court in connection with the MDL Matter and in connection with CVS Pharmacy, Inc. et al v. Warner Chilcott Public Limited Company, et al., C.A. No. 1:16-00164-S (the "CVS Matter"), the Court notes that the complaints in both cases describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially to similar actions. Furthermore,

1

the Court notes that the claims are asserted against all or most all of the same defendants. As such, IT IS HEREBY ORDERED that the Clerk of the Court consolidate the two cases captioned above for all pretrial purposes.

By virtue of being consolidated with the MDL Matter, the parties to the CVS Matter shall be bound by the Case Management and other orders previously issued in the MDL Matter. If any party to the CVS Matter objects to being so bound, it shall file any such objection with the Court by May 2, 2016.

IT IS SO ORDERED.

/s/ W E Smith
William E. Smith
Chief Judge
Date:  April 29, 2016